**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Southern District of New York

Case number (If known): _____ Chapter 15

☐ Check if this is an amended filing

Official Form 401

# Chapter 15 Petition for Recognition of a Foreign Proceeding    12/15

*If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write debtor's name and case number (if known).*

**1. Debtor's name**

Odebrecht Drilling Norbe VIII/IX Ltd.

**2. Debtor's unique identifier**

For non-individual debtors:

☐ Federal Employer Identification Number (EIN) ___ ___ – ___ ___ ___ ___ ___ ___ ___

☑ Other  MC - 245888 . Describe identifier  Cayman Tax Re. No / Tax ID .

For individual debtors:

☐ Social Security number: xxx – xx– ___ ___ ___ ___

☐ Individual Taxpayer Identification number (ITIN): 9 xx – xx – ___ ___ ___ ___

☐ Other _____. Describe identifier _____.

**3. Name of foreign representative(s)**

Rogerio Luis Murat Ibrahim

**4. Foreign proceeding in which appointment of the foreign representative(s) occurred**

N/A – Foreign Representative was appointed by board resolution

**5. Nature of the foreign proceeding**

*Check one:*

☐ Foreign main proceeding
☐ Foreign nonmain proceeding
☑ Foreign main proceeding, or in the alternative foreign nonmain proceeding

**6. Evidence of the foreign proceeding**

☐ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached.

☐ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.

☑ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached.
A certified copy, translated into English, of the Initial Court Order and Authorizing Resolutions (each as defined in and attached to the Foreign Representative Declaration).

**7. Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)?**

☑ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending.) (See the Foreign Law Declaration filed substantially concurrently herewith.)

☐ Yes

Debtor  **Odebrecht Drilling Norbe VIII/IX Ltd.**
         Name

Case number (*if known*) _____

| 8. | **Others entitled to notice** | Attach a list containing the names and addresses of: |
|---|---|---|
|   |   | (i) all persons or bodies authorized to administer foreign proceedings of the debtor, |
|   |   | (ii) all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and |
|   |   | (iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code. |

9. **Addresses**

**Country where the debtor has the center of its main interests:**

Brazil

**Debtor's registered office:**

South Church Street
Number    Street

309 GT, Ugland House
P.O. Box

Grand Cayman
City    State/Province/Region    ZIP/Postal Code

Cayman Islands
Country

**Individual debtor's habitual residence:**

_____
Number    Street

_____
P.O. Box

_____
City    State/Province/Region    ZIP/Postal Code

_____
Country

**Address of foreign representative(s):**

Avenida Cidade de Lima, n° 86
Number    Street

Offices 501 and 502
P.O. Box

Santo Cristo, 20.220-710
City    State/Province/Region    ZIP/Postal Code

Rio de Janeiro, Brazil
Country

10. **Debtor's website** (URL)    https://www.ocyan-sa.com/

11. **Type of debtor**

*Check one:*

☑ Non-individual (*check one*):

☑ Corporation. Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.

☐ Partnership

☐ Other. Specify: _____

☐ Individual

Official Form 401    Chapter 15 Petition for Recognition of a Foreign Proceeding    page 2

| Debtor | Odebrecht Drilling Norbe VIII/IX Ltd. | Case number (if known) _____ |
|---|---|---|
| | Name | |

**12. Why is venue proper in *this district*?**

Check one:

☒ Debtor's principal place of business or principal assets in the United States are in this district.

☐ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district:
_____.

☐ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because:
_____.

**13. Signature of foreign representative(s)**

I request relief in accordance with chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct,

✗ /s/ Rogerio Luis Murat Ibrahim                         Rogerio Luis Murat Ibrahim
Signature of foreign representative                        Printed name

Executed on   04/11/2023
              MM / DD / YYYY

✗ _____                        _____
Signature of foreign representative                        Printed name

Executed on   _____
              MM / DD / YYYY

**14. Signature of attorney**

✗ /s/ Eli J. Vonnegut                                   Date   04/11/2023
Signature of Attorney for foreign representative                MM / DD / YYYY

Eli J. Vonnegut
Printed name

Davis Polk & Wardwell LLP
Firm name

450 Lexington Avenue
Number        Street

New York                                    NY           10017
City                                        State        ZIP Code

(212) 450-4000                              eli.vonnegut@davispolk.com
Contact phone                               Email address

4610515                                     NY
Bar number                                  State

Official Form 401        Chapter 15 Petition for Recognition of a Foreign Proceeding        page 3